RECEIVED
SEP 15 2009
AT 8:30
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------x
IN RE ANADIGICS, INC. SECURITIES      :
LITIGATION.                           :  No. 3:08-cv-05572-MLC-TJB
                                      :
                                      :
                                      :
------------------------------------x

## STIPULATION AND ORDER

**WHEREAS**, the lawsuits captioned *Attias v. Anadigics, Inc., et al.*, No. 3:08-cv-05572-MLC and *Kuznetz v. Anadigics, Inc., et al*, No. 3:08-cv-05750-MLC, are putative securities class action lawsuits that were filed with the Court on November 11, 2008 and November 21, 2008, respectively; and

**WHEREAS**, on November 11, 2008, counsel for plaintiff Attias published notice to members of the purported plaintiff class in accordance with the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(A)(i); and

**WHEREAS**, the *Attias* and *Kuznetz* actions were consolidated by Order of this Court entered on November 24, 2008; and

**WHEREAS**, by Order dated August 26, 2009, the Court appointed Boston Retirement Board, Cambridge Retirement Board and Essex Regional Retirement Board (collectively, the "Massachusetts Public Pension Funds") to serve as Lead Plaintiffs, approved Labaton Sucharow LLP as Lead Plaintiffs' Counsel and Lite DePalma Greenberg & Rivas LLC

as Plaintiffs' Liaison Counsel, and directed that the *In re Anadigics, Inc. Securities Litigation* case caption be used in this action (hereinafter, the "Action"); and

**WHEREAS,** pursuant to the Stipulation and Order entered by the Court on December 19, 2008, the parties have agreed upon various scheduling and administrative matters, including the deadline for the filing by plaintiffs of a Consolidated Amended Complaint, the deadlines for answering the Amended Complaint or for briefing a motion by defendants to dismiss the Amended Complaint, and the *pro hac vice* admission of counsel,

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties hereto that:

1. On or before **October 23, 2009**, Lead Plaintiffs shall file with the Court (and serve on counsel for defendants via United States Mail and electronic mail) plaintiffs' Consolidated Amended Complaint in the Action.

2. On or before **December 23, 2009**, defendants shall file with the Court (and serve on Lead Plaintiffs' Counsel and Plaintiffs' Liaison Counsel via United States Mail and electronic mail) defendants' Answer or motion to dismiss the Consolidated Amended Complaint.

3. If defendants file and serve a motion to dismiss the Consolidated Amended Complaint, Lead Plaintiffs shall file with the Court (and serve on counsel for defendants via United States Mail and electronic mail) on or before **February 8, 2010** plaintiffs' opposition to said motion.

- 2 -

4.  If defendants file a motion to dismiss the Consolidated Amended Complaint, defendants shall file with the Court (and serve on Lead Plaintiffs' Counsel and Plaintiffs' Liaison Counsel via United States Mail and electronic mail) on or before **March 16, 2010** defendants' reply papers in further support of said motion.

5.  Each out-of-state attorney who is admitted to and in good standing in a United States District Court is hereby admitted *pro hac vice* to appear before this Court on behalf of any party or parties to the Action (the "*Pro Hac Vice* Counsel"). Each *Pro Hac Vice* Counsel shall (i) in accordance with Local Rule 101.1(c), make the payment to the New Jersey Lawyer's Fund for Client Protection required by New Jersey Court Rule 1:28-2(a); (ii) in accordance with Local Rule 101.1(c)(3), make the required payment of $150.00 to the Clerk of the United States District Court for the District of New Jersey; and (iii) be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to, Local Rule 103.1 (Judicial Ethics and Professional Responsibility) and Local Rule 104.1 (Discipline of Attorneys).

6.  Nothing in this Stipulation and Order is intended to constitute a waiver by any party of any legal or factual argument that the party may assert in the Action.

**Dated: Newark, New Jersey**
**September 10, 2009**

LITE DePALMA GREENBERG
& RIVAS, LLC

By: _____
Joseph J. DePalma
Jennifer Sarnelli
Two Gateway Center (12th Floor)
Newark, New Jersey 07102
(973) 623-3000

**Plaintiffs' Liaison Counsel**


LABATON SUCHAROW LLP
  Christopher J. Keller
  Jonathan Gardner
  Mark S. Goldman
  Julie Hwang
140 Broadway
New York, New York 10005
(212) 907-0700

**Lead Plaintiffs' Counsel**


FARRELL & THURMAN PC

By: _____
John L. Thurman
172 Tamarack Circle
Skillman, New Jersey 08558
(609) 924-1115

- and -

CAHILL GORDON & REINDEL LLP
  Robert A. Alessi
  Mary Cait Curran
  Amy D. Lamberti
Eighty Pine Street
New York, New York 10005-1702
(212) 701-3000

**Attorneys for Defendants**

SO ORDERED This 15-th Day of September, 2009:

_____
Mary L. Cooper, United States District Judge