UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE ANADIGICS, INC.,
SECURITIES LITIGATION.

:
:   CIVIL ACTION NO. 08-5572 (MLC)
:
:         **ORDER & JUDGMENT**
:
:
:

For the reasons stated in the Court's Memorandum Opinion, dated September 30, 2011, **IT IS** on this 30th  day of September, 2011, **ORDERED** that Defendants' motion to dismiss (dkt. entry no. 69) is **GRANTED;** and

**IT IS FURTHER ADJUDGED** that the "First Amended Class Action Complaint for Violations of Federal Securities Laws" (dkt. entry no. 68) is **DISMISSED WITH PREJUDICE;** and

**IT IS FURTHER ORDERED** that Plaintiffs' motion to strike (dkt. entry no. 71) is **DENIED;** and

**IT IS FURTHER ORDERED** that the Clerk of Court designate the action as **CLOSED.**

s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge